# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNOR LOUIS GOURNEAU,<br><br>Defendant. | Case No. CR 22-76-GF-BMM<br><br>**ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant Connor Louis Gourneau, having filed a Motion to Enter Guilty Plea; IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, December 20, 2022, are VACATED;

IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for December 14, 2022 at 10:00 a.m.

DATED this 30th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court